[No. 10041-0-II.   Division Two.   December 1, 1987.]

JAN W. MILLER, *Appellant,* v. GARY HORSLEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84-2-00095-4, Milton R. Cox, J., entered June 27, 1986. *Affirmed* by unpublished opinion per

Petrich, J., concurred in by Reed, C.J., and Worswick, J.